AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Performance SLC LLC

was received by me on *(date)*    06/24/2018    .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Daniel J. Crenshaw    , who is

designated by law to accept service of process on behalf of *(name of organization)*    Performance SLC LLC

_____ on *(date)*   06/26/2018   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $   15   for services, for a total of $   15   .

I declare under penalty of perjury that this information is true.

Date:   06/26/2018

_____
*Server's signature*

James Hegi, Orange County PSC # 4033
_____
*Printed name and title*

144 Stellar, Irvine, CA 92618
_____
*Server's address*

Additional information regarding attempted service, etc:

   Also served:
   - Complaint                        - Civil Cover Sheet
   - Certification and Notice of Interested Parties    - Notice of Assignment to United States Judges
   - Notice to Parties of Court-Directed ADR Program
   - Order for Status Conference