AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:18-cv-01093-AG-AGR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Daniel J. Crenshaw

was received by me on *(date)* 06/24/2018 .

☒ I personally served the summons on the individual at *(place)* 17748 Sky Park Circle, Suite 150 Irvine, CA 92614 on *(date)* 06/26/2018 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ 15 for services, for a total of $ 15 .

I declare under penalty of perjury that this information is true.

Date: 06/26/2018

*Server's signature*

James Hegi, Orange County PSC # 4033
*Printed name and title*

144 Stellar, Irvine, CA 92618
*Server's address*

Additional information regarding attempted service, etc:

Also served:
- Complaint
- Certification and Notice of Interested Parties
- Notice to Parties of Court-Directed ADR Program
- Order for Status Conference
- Civil Cover Sheet
- Notice of Assignment to United States Judges