Jeremy Branch (State Bar No. 303240)
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
(866) 329-9217 ext. 1009
JeremyB@jlohman.com

Attorney for Defendants

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>    Plaintiff,<br><br> v.<br><br>PERFORMANCE SLC LLC, PERFORMANCE SETTLEMENT LLC, DANIEL J. CRENSHAW, and DOES 1-10,<br><br>    Defendants. | Case No. 8:18-cv-01093-AG-AGR<br><br>**JOINT AGENDA FOR DISCOVERY TELECONFERENCE**<br><br>**Date:** June 11, 2019<br>**Time:** 2 p.m.<br>**Judge:** Hon. Alicia G. Rosenberg<br>**Location:** Telephonic<br><br>**Action Filed:** June 20, 2018<br>**Discovery Fact Cut-Off:** May 20, 2019<br>**Final Pre-Trial Conference:** August 5, 2019<br>**Jury Trial:** August 20, 2019 |

1  Plaintiff and all Defendants, through their undersigned counsel, hereby
2  respectfully submit this joint agenda for the discovery teleconference:
3     1. How to handle Defendants' refusal to (1) search their ESI for proposed
4        keywords and produce responsive documents along with a supplemental
5        discovery response memorializing the same, or (2) engage in an iterative
6        process regarding keywords and hit counts.
7     2. Whether the entity defendants should produce documents relating to the
8        adequacy of their capitalization, in particular, their 2015 and 2017
9        income statement and balance sheet.
10    3. Allocation of costs of the second deposition of Defendant Daniel J.
11       Crenshaw.
12    4. Whether to allow Defendant Performance SLC LLC to withdraw its
13       admissions of the requests for admission served by Plaintiff.
14
15 The CM/ECF user filing this document attests that concurrence in its filing
16 has been obtained from its other signatory.
17
18 RESPECTFULLY SUBMITTED AND DATED on June 10, 19.
19
20       By:   s/ Jon Fougner
21              Attorney for Plaintiff Craig Cunningham
22              E-mail: jon@fougnerlaw.com
23       By:   s/ Jeremy E. Branch
24              Attorney for Defendants Performance SLC,
25              LLC, Performance Settlement, LLC, and
                 Daniel J. Crenshaw
26              E-mail: jeremyb@jlohman.com
27
28