# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Craig Cunningham,<br><br>v.<br><br>Performance SLC LLC., et al.,<br>Plaintiff(s) / Defendant(s) | CASE NUMBER:<br>SACV-18-01093-AG (AGRx)<br><br>MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge Alicia G. Rosenberg.

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

Dated: June 11, 2019

By: K. Lozada
Deputy Clerk