UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 18-01093-AG (AGRx) | Date | August 2, 2019 |
| Title | Craig Cunningham v. Performance SLC LLC et al | | |

PRESENT:

**HONORABLE ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE**

Melissa Kunig                                                  Not Reported
Deputy Clerk                                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                   None Present

**PROCEEDINGS:**   (IN CHAMBERS) ORDER DENYING DEFENDANT'S EX PARTE APPLICATION [74]

Defendants apply *ex parte* for an order allowing them to file a summary judgment motion exceeding the twenty-five-page limitation set by the Local Rules. Defendants say they need an extra ten pages to brief their summary judgment arguments because this case involves "multiple causes of action against multiple defendants" and a "detailed" factual history.

This argument is unconvincing. Plaintiff asserts only three claims against three Defendants, including two claims under the Telephone Consumer Protection Act ("TCPA"), and one claim under California's Unfair Competition Law. Further, Defendants don't argue there are complex or novel legal issues requiring extra briefing, only that the TCPA is an "ambiguous statute." But regardless, the Court sees no reason why Defendants can't effectively and efficiently state their position within the page limits set by the Local Rules.

For these reason and others, the Court **DENIES** Defendants' *ex parte* application.

                                                                                   -       :       -

                                              Initials of Deputy Clerk    mku

cc: