Jon B. Fougner (State Bar No. 314097)
jon@fougnerlaw.com
600 California Street, 11th Floor
San Francisco, California 94108
Telephone: (415) 577-5829
Facsimile: (206) 338-0783

*One of the Attorneys for Plaintiff Craig Cunningham*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PERFORMANCE SLC LLC, PERFORMANCE SETTLEMENT LLC, DANIEL J. CRENSHAW, and DOES 1-10,<br><br>　　　　　　Defendants. | Case No. 8:18-cv-01093-AG-AGR<br><br>**STATEMENT OF RECENT DECISION**<br><br>**Date:** Monday, September 9, 2019<br>**Time:** 10:30 a.m.[1]<br>**Location:** 411 W. 4th St., Santa Ana, CA 92701, Court 10D<br>**Judge:** Hon. Andrew J. Guilford<br><br>**Action Filed:** June 20, 2018<br>**Discovery Fact Cut-Off:** May 20, 2019<br>**Final Pre-Trial Conference:** October 7, 2019<br>**Jury Trial:** October 22, 2019 |

　　　　On August 19, 2019, Plaintiff Craig Cunningham filed his opposition to Defendants' motion for summary judgment. (Dkt. No. 82.) That same day, this

---

[1] The Court hears civil motions on Mondays at 10:00 a.m. The motion was noticed for 10:30 a.m.

- 1 -
STATEMENT RECENT DECISION
*Cunningham v. Performance SLC LLC*, Case No. 8:18-cv-01093-AG-AGR

Court issued a ruling in *Sapan v. US Financial Options, LLC*, No. SACV 18-00753 AG (JDEx), 2019 U.S. Dist. LEXIS 140298 (C.D. Cal. Aug. 19, 2019). Plaintiff respectfully files this statement of recent decision regarding *Sapan* as relevant to the pending motion for summary judgment.

RESPECTFULLY SUBMITTED AND DATED on August 20, 2019.

By: s/ Jon Fougner
E-mail: jon@fougnerlaw.com

*One of the Attorneys for Plaintiff Craig Cunningham*