Todd M. Friedman, Esq. (SBN 216752)
Adrian R. Bacon, Esq. (SBN 280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com

*Attorneys for Plaintiff Craig Cunningham*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>                    Plaintiff,<br><br>     v.<br><br>PERFORMANCE SLC LLC, PERFORMANCE SETTLEMENT LLC, DANIEL J. CRENSHAW, and DOES 1-10,<br><br>                    Defendants. | Case No. 8:18-cv-01093-AG-AGR<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

1  NOW COMES THE PLAINTIFF by and through their attorney to
2  respectfully notify this Honorable Court that this case has settled. Plaintiff request
3  that this Honorable Court vacate all pending hearing dates, abstain from issuing a
4  final ruling on any and all pending Motions, and allow thirty (30) days with which
5  to file dispositive documentation. Dispositional documents will be forthcoming.
6  This Court shall retain jurisdiction over this matter until fully resolved.

Dated: September 8, 2019          LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                                  By: /s/ Adrian R. Bacon
                                      Todd M. Friedman
                                      Adrian R. Bacon

                                  Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

United States District Court CM/ECF system

Notification sent electronically on this 8th day of September, 2019, to:

Honorable Judge Andrew Guilford
United States District Court
Central District of California

All Counsel of Record on the ECF

s/Adrian R. Bacon
Adrian R. Bacon, Esq.