Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com

***Attorneys for Plaintiff Craig Cunningham***

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PERFORMANCE SLC LLC, PERFORMANCE SETTLEMENT LLC, DANIEL J. CRENSHAW, and DOES 1-10,<br><br>　　　　　Defendants. | Case No. 8:18-cv-01093-AG-AGR<br><br>**STIPULATION OF DISMISSAL**<br><br>**Action Filed:** June 20, 2018<br>**Discovery Fact Cut-Off:** May 20, 2019<br>**Final Pre-Trial Conference:** Stayed<br>**Jury Trial:** Stayed |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties, through their undersigned counsel, hereby stipulate to and respectfully request the dismissal of the above-captioned action in its entirety, with prejudice with respect

1  to the named defendants and without prejudice with respect to the Does. Each
2  party shall pay its own fees and costs.

## **SIGNATURE ATTESTATION**

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from its other signatory.

RESPECTFULLY SUBMITTED,

DATED: October 10, 19			/s/ Adrian R. Bacon
						Email: abacon@toddflaw.com
						***Attorneys for Plaintiff Craig Cunningham***

DATED: October 10, 19			/s/Jeremy E. Branch
						Email: jeremyb@jlohman.com
						***Attorneys for Defendants Performance SLC LLC, Performance Settlement LLC and Daniel J. Crenshaw***