# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>Plaintiff,<br>v.<br><br>PERFORMANCE SLC LLC, PERFORMANCE SETTLEMENT LLC, DANIEL J. CRENSHAW, and DOES 1-10,<br><br>Defendants. | Case No. 8:18-cv-01093-AG-AGR<br><br>**ORDER OF DISMISSAL**<br><br>Action Filed: June 20, 2018<br>Trial Date: Stayed |

The parties have submitted to the Court a Stipulation of Dismissal. For good cause appearing, the Court ORDERS that the above-captioned action is dismissed in its entirety, with prejudice with respect to the named defendants and without prejudice with respect to the Does. Each party shall pay its own fees and costs.

The Court ORDERS the clerk to close the docket.

**IT IS SO ORDERED.**

Dated: October 10, 2019

HON. ANDREW J. GUILFORD

UNITED STATES DISTRICT JUDGE